**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO. 23-14045-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**HUVER DARNIEL PEREZ-ROBLERO,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Shaniek M. Maynard following Change of Plea Hearing [ECF No. 20]. On December 18, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 16] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 8] pursuant to a written factual proffer [ECF No. 18]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 8]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Huver Darniel Perez-Roblero** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 23-14045-CR-CANNON

3. Defendant **Huver Darniel Perez-Roblero** is adjudicated guilty of the sole Count of the Indictment, illegal reentry after removal or deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of January 2024.

_____
AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record